IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL VIGIL, as Personal
Representative of the Estate of
Jacqueline Vigil,

Plaintiff,

v.                                                                  Civ. No. 1:21-cv-00147 MIS/KK

Albuquerque Mayor TIM KELLER
in his individual and official capacity,
THE CITY OF ALBUQUERQUE,
Albuquerque Police Officer CODY TAPIE
in his individual and official capacity,
Officer JOHN DOE in his individual
and official capacity,

Defendants.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58, and consistent with "Memorandum Opinion and Order Granting in Part and Denying in Part Defendants' Motion to Dismiss" [ECF No.30], the Court hereby enters this Final Judgment.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Final Judgment is entered in favor of Defendants Tim Keller, City of Albuquerque, Cody Tapie, and John Doe against Plaintiff Samuel Vigil as to Count I and Count II of Plaintiff's Amended Complaint [ECF No. 15]. Accordingly, Count I and Count II are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court declines to exercise supplemental jurisdiction over Count III of Plaintiff's Amended Complaint [ECF No. 15]. Accordingly, Count III is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is **DIRECTED** to close this case.

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE